Ben West, Nevada State Bar No. 8306
Edward Patrick Swan, Jr. (*pro hac vice application to be submitted*)
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.744.3692

Attorneys for Defendant CALLAWAY GOLF COMPANY

Kam H. Brian, Nevada State Bar No. 8001
4610 Wynn Road
Las Vegas, Nevada 89103
Telephone No.: 702.253.7878
Facsimile No.: 702.253.7879

Nevada Supreme Court Rule 42.1 Designee

William H. Gamage, Nevada State Bar No. 9024
GAMAGE & GAMAGE
231 South Third Street, Suite 285
Las Vegas, Nevada 89101

Attorneys for Plaintiff CORPORATE TRADE, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CORPORATE TRADE, INC., a Nevada corporation,<br><br>            Plaintiff,<br><br>v.<br><br>CALLAWAY GOLF COMPANY, a Delaware corporation, et al.<br><br>            Defendants. | Case No. 2:10-cv-01627<br><br>**STIPULATION AND ORDER TO STAY ACTION PENDING MEDIATION** |

### I.

### RECITALS

This stipulation is based on the following recitals:

1. On July 22, 2010, Plaintiff Corporate Trade, Inc. ("CTI") filed a lawsuit against Callaway Golf Company ("Callaway Golf") in Clark County District Court.

2. On September 22, 2010, Callaway Golf removed the action to this Court. CTI's

1

Complaint asserts, *inter alia*, claims for breach of contract. The underlying contract between the parties requires that they submit any dispute related to the contract to non-binding mediation.

## II.

## **STIPULATION**

Based on the foregoing recitals, it is stipulated and agreed as follows:

1. Callaway Golf and CTI stipulate and agree that this action shall be stayed to permit the parties to participate in non-binding mediation.

2. Callaway Golf and CTI further stipulate and agree that if CTI fails to submit this dispute to non-binding mediation on or before January 1, 2011, CTI shall dismiss this action, without prejudice.

3. Callaway Golf and CTI further stipulate and agree that should the parties fail to resolve their dispute(s) through non-binding mediation, they will promptly so inform the Court and submit a stipulation and proposed order to lift the stay.

DATED: September 23, 2010        LUCE, FORWARD, HAMILTON & SCRIPPS LLP


By: /s/Ben West
Ben West
Attorneys for Defendant CALLAWAY GOLF COMPANY

DATED: September 23, 2010        GAMAGE & GAMAGE


By: /s/William H. Gamage
William H. Gamage
Attorneys for Plaintiff CORPORATE TRADE, INC.


IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE
DATED: 9-30-10

101314117.1