Ben West, Nevada State Bar No. 8306
Edward Patrick Swan, Jr. (*pro hac vice application to be submitted*)
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.744.3692

Attorneys for Defendant CALLAWAY GOLF COMPANY

Kam H. Brian, Nevada State Bar No. 8001
4610 Wynn Road
Las Vegas, Nevada 89103
Telephone No.: 702.253.7878
Facsimile No.:  702.253.7879

Nevada Supreme Court Rule 42.1 Designee

William H. Gamage, Nevada State Bar No. 9024
GAMAGE & GAMAGE
231 South Third Street, Suite 285
Las Vegas, Nevada 89101

Attorneys for Plaintiff CORPORATE TRADE, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CORPORATE TRADE, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALLAWAY GOLF COMPANY, a Delaware corporation, et al.<br><br>Defendants. | Case No. 2:10-cv-01627-JCM-LRL<br><br>**STIPULATION AND ORDER TO LIFT STAY** |

**I.**

**RECITALS**

This stipulation is based on the following recitals:

1.  On July 22, 2010, Plaintiff Corporate Trade, Inc. ("CTI") filed a lawsuit against Callaway Golf Company ("Callaway Golf") in Clark County District Court.

2.  On September 22, 2010, Callaway Golf removed the action to this Court. CTI's Complaint asserts, *inter alia*, claims for breach of contract. The underlying contract between the

1

parties requires that they submit any dispute related to the contract to non-binding mediation.

  3. On November 4, 2010, CTI and Callaway Golf completed a non-binding mediation. At the conclusion of the proceeding, the parties could not reach a settlement of their dispute.

## II.

### STIPULATION

Based on the foregoing recitals, it is stipulated and agreed as follows:

  1. Callaway Golf and CTI stipulate and agree that the Court shall lift the stay imposed pursuant to this Court's Order dated September 30, 2010 (*see* Docket. No. 6) as the parties participated in non-binding mediation without resolution.

  2. Callaway Golf and CTI further stipulate and agree that Callaway Golf has thirty (30) days from the date of this Court's Order lifting the stay to Answer or otherwise respond to the instant Complaint.

| | |
|---|---|
| DATED: November 22, 2010 | DATED: November 22, 2010 |
| LUCE, FORWARD, HAMILTON & SCRIPPS | GAMAGE & GAMAGE |
| /S/ BEN WEST, ESQ. | /S/ WILLIAM H. GAMAGE, ESQ. |
| BEN WEST, ESQ.<br>ATTORNEYS FOR DEFENDANT CALLAWAY GOLF COMPANY | WILLIAM H. GAMAGE, ESQ.<br>ATTORNEY FOR CORPORATE TRADE, INC. |

IT IS SO ORDERED, this 6th day of January, 2011.

_____
United States District Judge