Ben West, Nevada State Bar No. 8306
Michelle A. Herrera, (admitted *pro hac vice*)
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.744.3692

Attorneys for Defendant Callaway Golf Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CORPORATE TRADE, INC., a Nevada corporation,<br><br>       Plaintiff,<br><br>v.<br><br>CALLAWAY GOLF COMPANY, a Delaware corporation, et al.<br><br>       Defendants. | Case No. 2:10-cv-01627-JCM-VCF<br><br>**JOINT MOTION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE; AND ORDER THEREON** |

Plaintiff Corporate Trade Inc. and Defendant Callaway Golf Company, by and through their respective counsel, hereby jointly move, pursuant to Federal Rule of Civil Procedure 41, for dismissal of Plaintiff's action against Defendant with prejudice. Each party shall bear their own attorneys' fees and costs.

DATED: January 23, 2012          GAMAGE & GAMAGE


                                                 By:    /s/William H. Gamage
                                                         William H. Gamage
                                                         Attorneys for Plaintiff

DATED: January 23, 2012          LUCE, FORWARD, HAMILTON & SCRIPPS LLP


                                                 By:    /s/Ben West
                                                         Ben West
                                                         Attorneys for Defendant Callaway Golf Company

1

**ORDER**

Based on the Joint Motion of Plaintiff Corporate Trade Inc. and Defendant Callaway Golf Company, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41, and each party shall bear their own attorneys' fees and costs. .

IT IS SO ORDERED.

DATED: February 1, 2012

_James C. Mahan_
United States District Court Judge

101764678.1

Ben West, Nevada State Bar No. 8306
Michelle A. Herrera, (*pro hac vice application to be submitted*)
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.744.3692

Attorneys for Defendant CALLAWAY GOLF COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CORPORATE TRADE, INC., a Nevada corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CALLAWAY GOLF COMPANY, a Delaware corporation, et al.<br><br>　　　　Defendants. | Case No. 2:10-cv-01627-JCM-VCF<br><br>**CERTIFICATE OF SERVICE** |

I declare as follows:

I am an attorney with the firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I am a member of the bar of this court, over the age of eighteen years and not a party to this action.

On January 23, 2012, I caused the following to be served:

**JOINT MOTION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE; AND ORDER THEREON**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case:

William H. Gamage, wgamage@gamagelaw.com

Amy M Gamage, agamage@gamagelaw.com

Ben West, bwest@luce.com, lbitting@luce.com

1

Michelle Herrera, mherrera@luce.com, lbitting@luce.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

(No manual notice recipients).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed at San Diego, California on January 23, 2012.

<pre>
                              By: /s/Ben West
                                  Attorneys for Defendant
                                  CALLAWAY GOLF COMPANY
</pre>

101439932.1